478 A.2d 56

Commonwealth v. Futch, Appellant.

Petition for Allowance of Appeal
Denied Jan. 7, 1985.

 Argued January 11, 1984. Edmund J. Scacchitti, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence is affirmed.